

United States Department of Justice
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska   99513-7568

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **J05-003CIV** Original Writ of Execution

Date:  January 28, 2008

**RECEIVED**
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The attached original writ is being returned to your office. No further action will be take on this writ. All process has been previously returned to the Clerk of Court.

*[signature]*
Linda M. Cranmer
Civil Administrator/
Purchasing Agent

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

2005 SEP 20 AM 6 50

ORIGINAL

LODGED
SEP 20 2005

Jon S. Dawson
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
(907) 257-5300

Counsel for Wells Fargo Financial, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT JUNEAU

| | |
|---|---|
| JAMES AL MARTIN and MARGARET E. MARTIN,<br><br>Claimants/Plaintiffs,<br><br>v.<br><br>WELLS FARGO FINANCIAL, INC., PO BOX 143849 ANCHORAGE, AK 99514,<br><br>Respondent/Defendant. | Case No. J05-003 CV (RRB) |

WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On May 17, 2005, a judgment was entered in the docket of the above-entitled court and action, in favor of Wells Fargo Financial, Inc. ("Wells Fargo") as judgment creditor, and against James and Margaret Martin (the "Martins") as judgment debtors, for:

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

| | | |
|---|---|---|
| Principal | $ 8,596.88 | , |
| Attorney's fees | $ 0 | , |
| Interest | $ _____ | , and |
| Costs | $ 0 | , for a total amount of |
| | $ 8,596.88 | JUDGMENT AS ENTERED |

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$ 85.40  accrued interest; and

$ 0  accrued costs, for a total of

$ 85.40  ACCRUED INTEREST AND COSTS

CREDIT must be given for payments and partial satisfactions in the amount of $0.00 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $8,682.28 ACTUALLY DUE ON September 16, 2005, the date of the request for issuance of this writ, of which $8,596.88 is due on the judgment as entered, and bears interest at 2.96% per annum in the amount of $0.70 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal

WRIT OF EXECUTION (003) - 2
ANC 84439v1 60673-5

property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED September 21, 2005    MICHAEL D. HALL, CLERK

BY Redacted Signature

Deputy Clerk

WRIT OF EXECUTION (003) - 3
ANC 84439v1 60673-5